| PROB 22 (Rev. 01/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | 1:22-CR-20437-FAM-1 |

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER (Rec. Court) |
|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Southern District of Florida | Miami |

| | NAME OF SENTENCING JUDGE |
|---|---|
| David Burling | The Honorable Federico A. Moreno Sr. U.S. District Judge |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/21/2025 | TO 06/21/2045 |
|---|---|---|---|

**OFFENSE**

Count 1) Use of internet to attempt to persuade or entice a minor to engage in illegal sexual activities, in violation of Title 18 U.S.C. § 2422(b), a Class A felony.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Burling is currently being supervised in the Middle District of Florida and that district has requested a transfer be initiated.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Southern____ DISTRICT OF ____Florida____

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Middle District of Florida____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

____5/28/26____
*Date*

____United States District Judge____

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Middle____ DISTRICT OF ____Florida____

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

____June 1, 2026____
*Effective Date*

____United States District Judge____

1